UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN FAULKNER, et al.,

          Plaintiffs,

       v.

THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR
UNIVERSITY,

          Defendant.

Case No. 20-cv-00636-NC

**ORDER TO SHOW CAUSE RE
SERVICE ON DEFENDANT;
SETTING CASE
MANAGEMENT
CONFERENCE**

The Government declined to intervene in this action on December 15, 2023.  ECF 18.  On January 8, 2024, this Court ordered the matter unsealed and ordered Plaintiff to serve Defendant with the complaint.  ECF 19.  Other than a notice of change of counsel, ECF 20, no action has occurred on this docket since.

This Court orders Plaintiff to file proof of service by March 13, 2024, showing service of the complaint and this Order on Defendant.

Additionally, this Court sets a case management conference for March 27, 2024, at 10:00 a.m. by phone (Dial In: 888.684.8852; Access Code: 1557087).  The parties must file a joint case management conference statement by March 20, 2024.

     **IT IS SO ORDERED.**

Dated:  March 7, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California