BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

BLANK ROME LLP
Dominique L. Casimir – (*Admitted Pro Hac Vice*)
dominique.casimir@blankrome.com
Luke W. Meier – (*Admitted Pro Hac Vice*)
luke.meier@blankrome.com
1825 Eye Street NW
Washington, D.C. 20006
Telephone: 202.420.2232
Facsimile: 202.379.9169

Attorneys for Defendant,
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JONATHAN FAULKNER,<br><br>Plaintiff-Relator,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Defendant. | Case No. 5:20-cv-00636-VKD<br><br>**AMENDED NOTICE OF HEARING ON DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S MOTION TO DISMISS THE COMPLAINT**<br><br>**Hearing**<br>Date: July 9, 2024<br>Time: 10:00 a.m.<br>Location: 280 South 1st Street, San Jose, CA 95113<br>Courtroom 2, Fifth Floor<br><br>Complaint Filed: January 28, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the hearing on defendant The Board of Trustees of The Leland Stanford Junior University's ("Stanford") Motion to Dismiss ("Motion") plaintiff-relator Jonathan Faulkner's ("Relator") complaint was originally scheduled to be heard before Magistrate Nathaniel Cousins on July 10, 2024, in Courtroom 5 of the above-referenced Court.

Pursuant to the Order Reassigning Case [Dkt. 52], the case has been reassigned to the Honorable Virginia K. DeMarchi.

Pursuant to the Order Reassigning Case, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

**PLEASE TAKE NOTICE** that the hearing on Stanford's Motion is rescheduled to July 9, 2024 at 10:00 a.m., in Courtroom 2 of the above-referenced Court.

DATED:  May 23, 2024                    BLANK ROME LLP

                                        By:  */s/ Cheryl S. Chang*
                                             Cheryl S. Chang
                                             Dominique L. Casimir – (*Admitted Pro Hac Vice*)
                                             Luke W. Meier – (*Admitted Pro Hac Vice*)
                                        Attorneys for Defendant

---

**AMENDED NOTICE OF HEARING ON DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S MOTION TO DISMISS THE COMPLAINT**

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 23, 2024, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2024.

By: /s/AJ Cruickshank

**AMENDED NOTICE OF HEARING ON DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S MOTION TO DISMISS THE COMPLAINT**