BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

BLANK ROME LLP
Dominique L. Casimir – (*Admitted Pro Hac Vice*)
dominique.casimir@blankrome.com
Luke W. Meier – (*Admitted Pro Hac Vice*)
luke.meier@blankrome.com
1825 Eye Street NW
Washington, D.C. 20006
Telephone: 202.420.2232
Facsimile: 202.379.9169

Attorneys for Defendant,
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JONATHAN FAULKNER,<br><br>Plaintiff-Relator,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Defendant. | Case No. 5:20-cv-00636-VKD<br><br>**JOINT STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO EXTEND THE TIME FOR DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S RESPONSE TO THE FIRST AMENDED COMPLAINT**<br><br>**Current Response Deadline**<br>January 3, 2025<br><br>**Proposed Response Deadline**<br>February 3, 2025<br><br>Complaint Filed: January 28, 2020<br>FAC Filed: December 20, 2024 |

**JOINT STIP TO EXTEND THE TIME FOR DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S RESPONSE TO THE FIRST AMENDED COMPLAINT**
302180.00001/151843598V.1

1   Plaintiff-Relator Jonathan Faulkner ("Relator") and Defendant The Board Of Trustees Of
2   The Leland Stanford Junior University ("Stanford"), by and through their respective counsel, hereby
3   stipulate and agree, as follows:
4       1.   On December 20, 2024, Relator filed his First Amended Complaint pursuant to the
5   Court's December 3, 2024 order granting Stanford's Motion to Dismiss Complaint with leave to
6   amend [Dkt. No. 65];
7       2.   Stanford's response to the First Amended Complaint is currently due on January 3,
8   2025;
9       In light of the holidays, IT IS STIPULATED by and between Relator and Stanford, that **the
10  deadline for Stanford to respond to the First Amended Complaint is extended by 31 days, up
11  to and including Monday, February 3, 2025**.
12      IT IS SO STIPULATED.

DATED:  December 27, 2024         BLANK ROME LLP


                                  By: /s/ Cheryl S. Chang
                                      Cheryl S. Chang
                                      Dominique Casimir
                                      Luke Meier
                                  Attorneys for Defendant
                                  THE BOARD OF TRUSTEES OF THE LELAND
                                  STANFORD JUNIOR UNIVERSITY


DATED:  December 27, 2024         GROCHOW LAW, A Professional Corp.


                                  By: /s/ Kevin J. Grochow
                                      Kevin James Grochow
                                      Lauren Elizabeth Grochow
                                      Daniel Max Kalinowski
                                  Attorneys for Plaintiff-Relator
                                  JONATHAN FAULKNER

**Attestation Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Cheryl S. Chang, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

DATED: December 27, 2024          BLANK ROME LLP

By: */s/ Cheryl S. Chang*
    Cheryl S. Chang
Attorneys for Defendant
THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 27, 2024, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2024.

By: /s/AJ Cruickshank