BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:     424.239.3400
Facsimile:     424.239.3434

BLANK ROME LLP
Dominique L. Casimir – (*Admitted Pro Hac Vice*)
dominique.casimir@blankrome.com
Luke W. Meier – (*Admitted Pro Hac Vice*)
luke.meier@blankrome.com
1825 Eye Street NW
Washington, D.C. 20006
Telephone:  202.420.2232
Facsimile:  202.379.9169

Attorneys for Defendant,
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JONATHAN FAULKNER,<br><br>Plaintiff-Relator,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Defendant. | Case No. 5:20-cv-00636-VKD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO EXTEND THE TIME FOR DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S RESPONSE TO THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   January 28, 2020<br>FAC Filed:            December 20, 2024 |

1

**[PROPOSED] ORDER**

2    The Court has considered the joint stipulation ("Stipulation") of Plaintiff-Relator Jonathan

3  Faulkner ("Relator") and Defendant The Board Of Trustees Of The Leland Stanford Junior

4  University ("Stanford") pursuant to Civil L.R. 6-2 to extend the time for Stanford to respond to the

5  first amended complaint ("FAC") filed by Relator.

6    The Court, having considered the Stipulation, and good cause appearing therefore, it is

7  hereby ORDERED as follows:

8    1)    Stanford's time to respond to the FAC is extended up to and including February 3,

9        2025

10

11    **IT IS SO ORDERED.**

12

13

14  Dated: _____, 2024    _____

15                     Honorable Virginia K. DeMarchi
                       UNITED STATES DISTRICT COURT
16                     MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28