| | |
|---|---|
| 1 | BLANK ROME LLP |
| 2 | Cheryl S. Chang (SBN 237098)<br>cheryl.chang@blankrome.com |
| 3 | 2029 Century Park East, 6th Floor<br>Los Angeles, CA  90067 |
| 4 | Telephone:      424.239.3400<br>Facsimile:       424.239.3434 |
| 5 | BLANK ROME LLP |
| 6 | Dominique L. Casimir – (*Admitted Pro Hac Vice*)<br>dominique.casimir@blankrome.com |
| 7 | Luke W. Meier – (*Admitted Pro Hac Vice*)<br>luke.meier@blankrome.com |
| 8 | 1825 Eye Street NW<br>Washington, D.C. 20006 |
| 9 | Telephone:  202.420.2232<br>Facsimile:   202.379.9169 |
| 10 | Attorneys for Defendant, |
| 11 | THE BOARD OF TRUSTEES OF THE LELAND<br>STANFORD JUNIOR UNIVERSITY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JONATHAN FAULKNER,<br><br>                    Plaintiff-Relator,<br><br>   vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>                    Defendant. | Case No. 5:20-cv-00636-VKD<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO EXTEND THE TIME FOR DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S RESPONSE TO THE FIRST AMENDED COMPLAINT<br><br> Re:  Dkt. No. 67<br><br>Complaint Filed:    January 28, 2020<br>FAC Filed:             December 20, 2024 |

[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S RESPONSE TO THE FIRST AMENDED COMPLAINT
302180.00001/151843605V.1

**[PROPOSED] ORDER**

The Court has considered the joint stipulation ("Stipulation") of Plaintiff-Relator Jonathan Faulkner ("Relator") and Defendant The Board Of Trustees Of The Leland Stanford Junior University ("Stanford") pursuant to Civil L.R. 6-2 to extend the time for Stanford to respond to the first amended complaint ("FAC") filed by Relator.

The Court, having considered the Stipulation, and good cause appearing therefore, it is hereby ORDERED as follows:

1) Stanford's time to respond to the FAC is extended up to and including February 3, 2025

**IT IS SO ORDERED.**

Dated: December 30, 2024

_____
Honorable Virginia K. DeMarchi
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

---

[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S RESPONSE TO THE FIRST AMENDED COMPLAINT
302180.00001/151843605V.1