Lauren E. Grochow (SBN 293601)
lauren@grochowlaw.com
Kevin J. Grochow (SBN 288586)
kevin@kjgtriallawyers.com
Daniel M. Kalinowski (SBN 305087)
daniel@grochowlaw.com

Grochow law, a Professional Corp.
33 Brookline
Aliso Viejo, CA 92656
Telephone:    (949) 506-1494

Attorneys for Plaintiff-Relator
Jonathan Faulkner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>*Ex. rel.*<br><br>JONATHAN FAULKNER,<br><br>Plaintiff-Relator.<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Defendant. | Case No. 20-cv-00636-VKD<br><br>**FRCP RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

### STIPULATION

WHEREAS, Plaintiff-Relator JONATHAN FAULKNER ("Plaintiff-Relator"), wishes to dismiss this action with prejudice in exchange for a waiver of collectible costs by Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY ("Defendant");

WHEREAS, Defendant is willing to accept said dismissal by Plaintiff-Relator with

prejudice and is willing to waive all costs in exchange;

WHEREAS, Plaintiff the UNITED STATES OF AMERICA ("Plaintiff") has advised that it will consent to the dismissal of Defendant so long as the dismissal is without prejudice as to Plaintiff only;

WHEREAS, Defendant is willing to accept that said dismissal is without prejudice as to Plaintiff only.

THEREFORE, IT IS STIPULATED by and between the parties hereto through their respective counsel that pursuant to Federal Rules of Civil Procedure Rule 41(a) this matter be dismissed pursuant to the terms outlined above and with permission of the Court.

Dated: February 2, 2025

_____
Plaintiff-Relator
Jonathan Faulkner

Dated: February 2, 2025                   GROCHOW LAW


_____
Lauren E. Grochow
Daniel M. Kalinowski
Kevin J. Grochow

Attorneys for Plaintiff-Relator
Jonathan Faulkner

Dated: February 2, 2025                   BLANK ROME LLP


_____
Cheryl S. Chang
Dominique L. Casimir
Luke W. Meier
Attorneys for Defendant
The Board of Trustees of the Leland Stanford Junior University

2

FRCP RULE 41 STIPULATION FOR
DISMISSAL WITH PREJUDICE AND
ORDER THEREON

prejudice and is willing to waive all costs in exchange;

WHEREAS, Plaintiff the UNITED STATES OF AMERICA ("Plaintiff") has advised that it will consent to the dismissal of Defendant so long as the dismissal is without prejudice as to Plaintiff only;

WHEREAS, Defendant is willing to accept that said dismissal is without prejudice as to Plaintiff only.

THEREFORE, IT IS STIPULATED by and between the parties hereto through their respective counsel that pursuant to Federal Rules of Civil Procedure Rule 41(a) this matter be dismissed pursuant to the terms outlined above and with permission of the Court.

Dated: February 2, 2025

                           Plaintiff-Relator
                           Jonathan Faulkner

Dated: February 2, 2025                       GROCHOW LAW

                                                *s/* Kevin J. Grochow
                           Lauren E. Grochow
                           Daniel M. Kalinowski
                           Kevin J. Grochow
                           Attorneys for Plaintiff-Relator
                           Jonathan Faulkner

Dated: February 2, 2025                       BLANK ROME LLP

                                                *s/* Cheryl S. Chang
                           Cheryl S. Chang
                           Dominique L. Casimir
                           Luke W. Meier
                           Attorneys for Defendant
                           The Board of Trustees of the Leland
                           Stanford Junior University

In accordance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all of the signatories listed on this Stipulation, and on whose behalf this stipulation is submitted, concur in the Stipulation's content and have authorized its filing.

                                                            *s/* Kevin J. Grochow

## ORDER

PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that the above-entitled action and Defendant named in the First Amended Complaint on file herein is dismissed <u>with prejudice</u> as to Plaintiff-Relator Jonathan Faulkner, and <u>without prejudice</u> as to Plaintiff the United States of America, pursuant to Federal Rules of Civil Procedure Rule 41(a).

Dated:

_____
Virginia K. DeMarchi
United States Magistrate Judge